■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THEODORE PRICE, Appellant. [924 NYS2d 908]—Appeal, by permission of a Justice of the Appellate Division of the Supreme Court in the Fourth Judicial Department, from an order of the Supreme Court, Onondaga County (John J. Brunetti, A.J.), entered January 18, 2007. The order denied the motion of defendant to vacate a judgment of conviction pursuant to CPL 440.10.

It is hereby ordered that the order so appealed from is unanimously affirmed for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Peradotto, Lindley, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELBERT WELCH, Appellant, v JAMES HESSEL, Acting Superintendent, Gowanda Correctional Facility, Respondent. [925 NYS2d 364]—Appeal from a judgment (denominated order) of the Supreme Court, Erie County (John L. Michalski, A.J.), entered April 30, 2010. The judgment, insofar as appealed from, denied the petition for a writ of habeas corpus.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Peradotto, Lindley, Green and Gorski, JJ.